UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

The Center for Behavioral Health -
Rhode Island Inc.

v. C.A. No. 01-179L

THE WESTERLY ZONING BOARD OF REVIEW by and through its Members, JANE HENCE, HARRISON DAY, ALBERT B. OUIMET, GIORGIO S. GENCARELLI, JOHN GENTILE, JR., DAVID GINGERELLA, FRANK T. VERZILLO and ROBERT M. DRISCOLL; ANTHONY R. GIORDANO, in his capacity as Westerly Zoning Official; and GERI ANN PETRANGELO, the Finance Director of the Town of Westerly

**JUDGMENT**

**[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

**[ x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED:

**Judgment** shall enter for the defendants THE WESTERLY ZONING BOARD OF REVIEW by and through its Members, JANE HENCE, HARRISON DAY, ALBERT B. OUIMET, GIORGIO S. GENCARELLI, JOHN GENTILE, JR., DAVID GINGERELLA, FRANK T.VERZILLO and ROBERT M. DRISCOLL; ANTHONY R. GIORDANO, in his capacity as Westerly Zoning Official;and GERI ANN PETRANGELO, the Finance Director of the Town of Westerly against the plaintiff The Center for Behavioral Health - RI, Inc. in accordance with the Court's Order dated 7/13/05.

Deputy Clerk
July 13, 2005